# STATE SUPREME COURT
## NEW CASES, PROCEEDINGS AND DECISIONS

## Ohio Supreme Court SYLLABI

STATE ex Williams v. INDUST. COM.

Ohio Supreme Court.

No. 19727. Decided June 13, 1928.

1283. WORKMEN'S COMPENSATION.

Fact that state is unable to recover premiums from or to fix liability upon employer, does not deprive his employee from finally receiving compensation due him under the law.

For reference to full opinion, see Omnibus Index, last page, this issue.

---

LAKE SHORE ELECT. RY. CO. v. P. U. C.

Ohio Supreme Court.

No. 21056. Decided June 13, 1928.

973a. PUBLIC UTILITIES COMMISSION—
793a. Motor Transport.

Where record discloses evidence in support of the findings of the commission upon questions of fact presented, court will not substitute its judgment for that of commission, and order of commission will be affirmed.

For reference to full opinion, see Omnibus Index, last page, this issue.

---

LASURE v. EAST OHIO GAS CO.

Ohio Supreme Court

No. 21011. Decided May 31, 1928.

751. MASTER & SERVANT—829. Negligence—480. Evidence

Gas company not liable to pedestrian stepping in sidewalk hole containing shut-off box, where evidence fails to show that workman who uncovered such shut-off box, and left hole in sidewalk, was employe of such gas company, acting within authority, express or implied, or in pursuance of its business.

For reference to full opinion, see Omnibus Index, last page, this issue.

## Weekly Report of NEW CASES DOCKETED

For full history of these cases see Omnibus Index, last page.

### July 28, 1928

21314—Ohio Transit Co. v. P. U. C.; error to P. U. C. Brown & Reed, Lancaster, for plaintiff.

### July 30, 1928

21315—Booth, formerly Clapp et v. Clapp, Jr., et; motion for Portage Appeals to certify. Jonathan Taylor, for plaintiffs; C. H. Curtiss for defendants.

### July 31, 1928

21316—Malavazos v. Bland; motion for Ross Appeals to certify. E. W. Barrett, Lyle S. Evans, Chillicothe, for plaintiff; Garrett A. Claypool and K. T. Stevens, Chillicothe, for defendant.

21317—Central Ohio Transit Co. v. P. U. C.; error to P. U. C. D. H. Armstrong, Columbus, for plaintiff; E. C. Turner and A. M. Calland, and Brown & Reed, Columbus, for defendant.

21318—Nelson v. Buck; motion for Franklin Appeals to certify. M. L. Bigger and C. E. Smith, Columbus, for plaintiff; Kennedy & Horner, Columbus, for defendant.

21319—Buckeye State Building & Loan Co. v. Ryan; motion for Clermont Appeals to certify. Wilson & Rector and L. C. Barker, Columbus, for plaintiff; J. O. Ekert and Murphy & Murphy, for defendant.

---

(Continued from Page 474)

869. OPINIONS.
See 480 Evidence. Cincinn. Street Ry. Co. v. Hickey. OA. 6 Abs. 483.

884. PAROL EVIDENCE.
Gross v. Campbell et. OA. 6 Abs. 485.

887. PARTIES.
See 448 Elections. State ex Shurte v. Murray et. OA. 6 Abs. 482.

889. PARTITION.
See 615 Husband & Wife. Shafer v. Shafer. OA. 6 Abs. 481.

923. PLEADINGS.
See 755 Mechanics' Liens. Brennemann v. Brown et. OA. 6 Abs. 479.
State ex Shurte v. Murray et. OA. 6 Abs. 482.
Cincinn. Street Ry. Co. v. Hickey. OA. 6 Abs. 483.

928. POLICE POWER.
See 799 Municipalities. Marko v. City of Youngstown. OA. 6 Abs. 477.

936. POSSESSION.
See 661 Intoxicating Liquor. Opritza v. City of Youngstown. OA. 6 Abs. 475.

941. PRACTICE & PROCEDURE.
See 85 Appeal. Brennemann v. Brown et. OA. 6 Abs. 479.

972a. PUBLIC POLICY.
Gross v. Campbell et. OA. 6 Abs. 485.